UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

Victor TORRES IXCOY,

    *Petitioner*,

    v.

Warden of the Irwin County Detention Center
in his official capacity, et al.

    *Respondents*.

Case No.: 7:26-cv-00050-CDL-WLS-AGH

## PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

Petitioner Victor Torres Ixcoy, by and through undersigned counsel, hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of voluntary dismissal of his Petition for Writ of Habeas Corpus in the above-captioned case.

Dated: April 1, 2026

Respectfully submitted,

/s/ Thomas Evans
Thomas Evans
KUCK BAXTER LLC
P.O. Box 501359
Atlanta, Georgia 31150
Tel.: (404) 949-8176
tevans@immigration.net

SO ORDERED this 2nd day
of April, 2026.

W. Louis Sands, Sr. Judge
United States District Court

1